U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03–5457. MCSHEFFREY *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 03–5940. ELDRIDGE *v.* UNITED STATES. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 02M96. MCCORKLE *v.* UNITED STATES. Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 02M109. ARGUELLES *v.* UTAH; and
No. 03M21. SMITH *v.* MISSOURI. Motions for leave to proceed *in forma pauperis* without affidavits of indigency executed by petitioners granted.

No. 03M1. M. K. B. *v.* WARDEN ET AL. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 03M2. CHAMBERS *v.* ASHCROFT, ATTORNEY GENERAL, ET AL.;

No. 03M3.　Estep v. Peace et al.;

No. 03M4.　Freer-Heeter v. State Bar of Texas;

No. 03M5.　Goodson v. Rowley, Superintendent, North-East Correctional Center;

No. 03M6.　Phillips v. Yarborough, Warden;

No. 03M8.　Hess v. Johnson, Secretary of Navy;

No. 03M9.　Renteria v. Department of Homeland Security;

No. 03M11.　Pinckney v. Allard, Superintendent, Franklin Correctional Facility;

No. 03M12.　Jackson v. Phoenix Police Department et al.;

No. 03M14.　Larocco v. Senkowski, Superintendent, Clinton Correctional Facility;

No. 03M15.　Moore v. Crosby, Secretary, Florida Department of Corrections, et al.;

No. 03M16.　Johnson v. Nino;

No. 03M17.　Brown v. United States;

No. 03M19.　Portnoy v. Clairson International Corp.; and

No. 03M20.　Johnson v. First Federal Savings & Loan. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M7.　Guinn v. McGuire.　Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 03M10.　American Forest & Paper Assn. et al. v. League of Wilderness Defenders/Blue Mountain Biodiversity Project et al.　Motion for leave to intervene to file petition for writ of certiorari denied.

No. 03M13.　Nakahara v. California; and

No. 03M18.　Bailey v. United States.　Motions for leave to proceed in forma pauperis without affidavits of indigency executed by petitioners denied.

No. 129, Orig.　Virginia v. Maryland.　Motion of plaintiff for judicial notice denied. [For earlier order herein, see, e. g., 538 U. S. 997.]

No. 99–927.　Ross et al. v. Alaska et al., 528 U. S. 1155. Motion of petitioners for costs and attorney's fees denied. Justice Breyer took no part in the consideration or decision of this motion.